Jason A. Davis (Calif. Bar No. 224250)
Davis & Associates
27281 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Tel 949.310.0817/Fax 949.288.6894
E-Mail: Jason@CalGunLawyers.com
Attorneys for Plaintiffs OWNER-OPERATOR
INDEPENDENT DRIVERS ASSOCIATION, INC.,
ERIK ROYCE, BRANDON ELIAS, FOLSOM
SHOOTING CLUB, INC., and THE CALGUNS
FOUNDATION, INC.,

C. D. Michel (Calif. Bar No. 144258)
Clint Monfort  (Calif. Bar No. 255609)
Michel & Associates, P.C.
180 East Ocean Blvd. Suite 200
Long Beach, CA 90802
Tel: 562.216.4444/Fax 562.216.4445
E-Mail: CMichel@MichelandAssociates.com
Attorneys for Plaintiff NATIONAL RIFLE ASSOCIATION, INC.

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., ERIK ROYCE, BRANDON ELIAS, FOLSOM SHOOTING CLUB, INC.,  THE CALGUNS FOUNDATION, INC., and NATIONAL RIFLE ASSOCIATION, INC., | Case No: |
| | **NOTICE OF RELATED CASES** |
| | [L.R. 83-123] |
| Plaintiffs, | |
| vs. | |
| STEVE LINDLEY; THE STATE OF CALIFORNIA; THE CALIFORNIA DEPARTMENT OF JUSTICE; DOES 1-10 | |
| Defendants. | |

## NOTICE OF RELATED  CASES

COME NOW Plaintiffs, OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., *et a*l. (collectively, "Plaintiffs") by and through their undersigned counsel, and pursuant to Local Rule 83-123 provide notice that this action may be related to:

*State Ammunition, Inc. et al. v. Lindley, et al.*, 2:10-cv-01864-MCE-KJN

The previously-filed case, contain numerous allegations (Interstate Commerce, Due Process, and Second Amendment) of which Plaintiffs have no knowledge and which, regardless of their merit, appear wholly unrelated to causes of action the instant case; this case may be related, however, to the extent that the earlier case challenges the same provisions of Assembly Bill 962 (2009) as against the same Defendant Steve Lindley.

Rule 83-123 contemplates the relation of cases where doing so "is likely to effect a substantial savings of judicial effort."  Plaintiffs are confident that their presentation of the core Federal Aviation Administration Authorization Act and Supremacy Clause violations will be efficient and coherent, enabling the Court to render a considered decision on the merits on dispositive motions raising only questions of law.

Date: July 28, 2010,                                         Respectfully submitted,

Michel & Associates, P.C                              Davis & Associates

/s/ C. D. Michel (as authorized on 07/28/10)      /s/ Jason A. Davis
C. D. Michel                                                     Jason A. Davis
cmichel@michelandassociatees.com           Jason@CalGunLawyers.com
Attorneys for plaintiff                                  Attorneys for plaintiffs
NATIONAL RIFLE ASSOCIATION, INC.      OWNER-OPERATOR INDEPENDENT
                                                                          DRIVERS ASSOCIATION, ERIK
                                                                          ROYCE, BRANDON ELIAS, FOLSOM
                                                                          SHOOTING CLUB, INC., and THE
                                                                          CALGUNS FOUNDATION, INC.